## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JIMMY CHRIS McMULLIN**                                              **PLAINTIFF**
ADC #656736

**v.**                              **CASE NO. 2:26-CV-00050-BSM**

**APRIL L. BRANDON,** *et al.*                                        **DEFENDANTS**

## <u>ORDER</u>

Magistrate Judge Patricia S. Harris's proposed findings and recommendation [Doc.

No. 7] is adopted.  Michael Graham's complaint is dismissed without prejudice and the clerk

is directed to close his case. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

No certificate of appealability shall issue.  *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 4th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE