## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JIMMY CHRIS McMULLIN**                                                    **PLAINTIFF**
ADC #656736

**v.**                            **CASE NO. 2:26-CV-00050-BSM**

**APRIL L. BRANDON,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE